John Hayes, as Receiver, etc., Appellant, *v.* Mrs. William Beard, Respondent.

(Submitted January 25, 1892; decided February 9, 1892.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made March 2, 1891, which affirmed an order of Special Term, setting aside an order of arrest of the defendant.

*A. B. Moore* for appellant.

*J. Noble Hayes* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

In the Matter of the Judicial Settlement of the Account of John L. Hobson, as Administrator, etc.

(Argued January 25, 1892; decided February 9, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 23, 1891, which modified and affirmed as modified a decree of the surrogate of the city and county of New York, upon the judicial settlement of the accounts of John L. Hobson, as administrator, with the will annexed of Sarah M. Hobson, deceased.

*Thomas S. Moore* for appellants.

*Howard R. Bayne* and *Anson Maltby* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.